A12A2351. GEICO GENERAL INSURANCE COMPANY
v. HOSPITAL AUTHORITY OF CLARKE COUNTY et al.
(763 SE2d 132)

DOYLE, Presiding Judge.

In *Geico Gen. Ins. Co. v. Hosp. Auth. of Clarke County*, 319 Ga. App. 741 (738 SE2d 325) (2013), this Court reversed the trial court's denial of the defendant's motion for summary judgment. The Supreme Court of Georgia reversed that opinion in *Hosp. Auth. of Clarke County v. Geico Gen. Ins. Co.*, 294 Ga. 477 (754 SE2d 358) (2014). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. Andrews, P. J., and Boggs, J., concur.*

DECIDED AUGUST 19, 2014.

*Carlock Copeland & Stair, Jason W. Hammer*, for appellant.
*Douglas T. Gibson, Miyong M. Park, Lewis, Brisbois, Bisgaard & Smith, Kristopher R. Alderman*, for appellees.